IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, <br> as Broadcast Licensee of the September 16, 2017 <br> Gennady Golovkin v. Saul Alvarez IBF World <br> Middleweight Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> ROEL ALVAREZ, individually, and d/b/a <br> LIENZO LAS ISABELES, and d/b/a LIENZO <br> CHARRO LAS ISABELES; <br><br> Defendant. | § § § § § § § § § § § § § § § § | Civil Action No. 7:20-cv-00271 |

**NOTICE OF SETTLEMENT**

Plaintiff G&G Closed Circuit Events, LLC and Defendant Roel Alvarez, individually, and d/b/a Lienzo Las Isabeles, and d/b/a Lienzo Charro Las Isabeles (the "Parties") announce to the Court that the matters in controversy in this case have been settled and compromised between Plaintiff and Defendant. The Parties just recently reached their agreement resolving their claims. The Parties are now in the process of drafting, exchanging, and finalizing the settlement and dismissal documents. Therefore, the Parties request the following:

1.  That the Court terminate or stay all court proceedings and deadlines in this case, including the jury selection and trial scheduled for December 9, 2024.

2.  That the Court give the Parties twenty-one (21) days from the date of the filing of this document as additional time to allow the Parties to finalize the settlement documents and submit the appropriate dismissal documents to the Court.

Respectfully submitted,

By:   /s/  *David M. Diaz*                               By:   /s/  *Ronald G. Hole*
    David M. Diaz                                              Ronald G. Hole
    State Bar No. 24012528                     State Bar No. 09834200
    Southern Dist. No. 889588                 Federal I.D. No. 1199
    ddiaz@jonesdavis.com                       Mail@HoleAlvarez.com

JONES, DAVIS & JACKSON, PC        HOLE & ALVAREZ, L.L.P.
15110 Dallas Parkway, Suite 300       612 W. Nolana Loop, Ste. 370
Dallas, Texas 75248                            P.O. Box 720547
Telephone: (972) 733-3117                McAllen, Texas 78504
Fax: (972) 733-3119                            Telephone No.: (956) 631-2891
                                                   Telecopier No.: (956) 631-2415

ATTORNEY FOR PLAINTIFF             ATTORNEY FOR DEFENDANT