UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-CV-271 |
| ROEL ALVAREZ, | § § | |
| Defendant. | § § | |

### ORDER ON COURT'S APPROVAL OF STIPULATION OF DISMISSAL

The Court considered the Stipulation of Dismissal ("Stipulation") submitted by Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") and Defendant Roel Alvarez, individually, and d/b/a Lienzo Las Isabeles, and d/b/a Lienzo Charro Las Isabeles ("Defendant") in the above-numbered and styled cause. Pursuant to the Stipulation, Plaintiff and Defendant have agreed to dismiss their claims and that each party will bear their own costs.

IT IS, THEREFORE, ORDERED that the Court approves the terms of the parties' Stipulation.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant, as well as any claims that Defendant could have brought against Plaintiff, are dismissed with prejudice.

IT IS FURTHER ORDERED that all costs of court shall be borne by the party incurring same.

As the Court intends for this Order to be a final judgment, any relief not expressly granted herein is hereby DENIED.

SO ORDERED January 3, 2025, at McAllen, Texas.

*Randy Crane*
Randy Crane
Chief United States District Judge